TO: UNITED STATES DISTRICT COURT
For The Northern District of Ohio / Youngstown
US Courthouse Clerk of Courts
125 Market Street - Youngstown - OH - 44503

CLAUDIA C. HOERIG, <u>Petitioner</u>

VS.

TRUMBULL COUNTY SHERIFF PAUL MONROE, <u>Defendant</u>
Case Number - 4:18 CV 2181

<u>Motion Requesting Removal of my case to Federal Court</u> - 07 CR 269 (Case Number in TC)

1 - I, Claudia C. Hoerig, do hereby affirm that I request that my case in Trumbull County before Judge Andrew D. Logan be removed to Washington, D.C., due to his refusal to be impartial and him being part of a conspiracy to violate my Constitutional Rights that led to my illegal arrest and my illegal extradition.

2 - My mail, both incoming and outgoing continue to be violated in TC Jail, and about 50% of my mail is being lost. I did not get page 2 of your last mail to me, which was delivered open to me by officer Hill this morning, as can be seen on cameras (they don't have audio - why???).

Date: Nov-6-2018 / Tuesday
Signature of Petitioner: Claudia C. Hoerig
Address: Trumbull County Jail
150 High Street
Warren - OH - 44481

Claudia C. Hoerig (11/6/18)
Trumbull County Jail (11pm)
150 High Street (officer-
Warren - OH - 44481

US DISTRICT COURT
US COURTHOUSE CLERK OF COURTS
125 Market Street -
Youngstown - OH - 44503

44503-178799

SEALED WITHOUT TAPE

SEALED WITHOUT TAPE

Collected by: GREENE
11-6-18 / 11 PM