**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-cr-654 |
| ) | |
| v. ) | Judge Dan Aaron Polster |
| ) | |
| **CLAUDIA C. HOERIG,** ) | <u>**OPINION & ORDER**</u> |
| ) | |
| Defendant. ) | |

Before the Court is Defendant Claudia C. Hoerig's Motion to Dismiss Due to Prosecutorial Fraud. Doc #: 4. Hoerig's Motion is **DENIED**.

On November 9, 2018, *pro se* Hoerig filed a motion asking the Court for leave to remove her criminal murder case from Trumbull County Court of Common Pleas to federal court, and then asking the Court to transfer the case to Washington, D.C. ("Removal Motion"). Doc #: 1. On November 15, 2018, this Court denied Hoerig's Removal Motion and explained that it did not have jurisdiction to entertain Hoerig's criminal action. Doc #: 3. On February 7, 2019, Hoerig filed the instant "motion." Doc #: 4. Although Hoerig's current filing is titled "Motion to Dismiss Due to Prosecutorial Fraud," it appears to contain: (1) a letter to the press; and (2) a letter to this Court regarding Hoerig's evaluations of certain corrections officers. Thus, Hoerig's Motion is an improper and frivolous filing and is hereby **DENIED**.

Given Hoerig's proclivity for such improper and frivolous filings, *see Hoerig v. Monroe*, et al., 4:18-cv-2181, the Court hereby **DEEMS** Claudia C. Hoerig a vexatious litigator and **ENJOINS** her from filing any new motions, objections, notices or any other filings in this case. If Hoerig disagrees with this Opinion and Order, she shall appeal it to the Sixth Circuit Court of

Appeals.  The Clerk's Office is hereby **ORDERED** to refrain from filing any document submitted by Hoerig, or anyone on her behalf, and to return those documents citing this Order.

**IT IS SO ORDERED.**

<u>*/s/Dan Aaron Polster Feb. 8, 2019*</u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**